UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THESCORE, INC.,

    Plaintiff,

    v.

VIRTUAL FAN NETWORK, INC.,

    Defendant.

Case No. 13-cv-03723-VC

**ORDER RE DISCOVERY**

Re: Dkt. No. 32

The defendant is ordered to produce the documents referenced in the parties' June 20, 2014 discovery letter by July 3, 2014 at **noon**. In light of the delays that have occurred thus far, if the defendant fails to fully produce those documents by that date, regardless of the reason, the Court will entertain a motion for sanctions based on the totality of the delay.

**IT IS SO ORDERED.**

Dated: June 27, 2014

_____
VINCE CHHABRIA
United States District Judge