John G. Hursh (SB No. 113149)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, California  94301
Telephone:  (650) 857-1717
Facsimile: (650) 857-1288

BRUCE R. EWING (*pro hac vice*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Plaintiff
theScore, Inc.

ANDREW D. CASTRICONE (SBN: 154607)
acastricone@gordonrees.com
AMY MACLEAR (SBN: 215638)
amaclear@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA94111
Telephone:     (415) 986-5900
Facsimile:      (415) 262-3763

Attorneys for Defendant
Virtual Fan Network, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THESCORE INC., | ) |
| | ) Case Number: 3:13-cv-03723 VC |
| Plaintiff, | ) |
| | ) **STIPULATION AND [~~PROPOSED~~]** |
| vs. | ) **ORDER TO DISMISS ACTION WITH** |
| | ) **PREJUDICE** |
| VIRTUAL FAN NETWORK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Whereas, the parties to this action have reached an amicable resolution of all claims and counterclaims at issue between them, which has been reduced to a written settlement agreement and release that has been duly executed;

IT IS STIPULATED that this action, together with all claims and counterclaims asserted therein, be and hereby is dismissed with prejudice, and with each party to bear its own costs and fees incurred.

SO STIPULATED.

DORSEY & WHITNEY LLP

DATED: November 12, 2014         By:     /S/ John G. Hursh
                                         JOHN G. HURSH
                                         BRUCE R. EWING (*pro hac vice*)
                                         Attorneys for Plaintiff
                                         THESCORE, INC.

GORDON & REES LLP

DATED: November 12, 2014         By:     /S/ Andrew D. Castricone
                                         ANDREW D. CASTRICONE
                                         AMY MACLEAR
                                         Attorneys for Defendant
                                         VIRTUAL FAN NETWORK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2014

UNITED STATES DISTRICT JUDGE

**ATTESTATION OF ELECTRONIC SIGNATURES**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: November 12, 2014

*/s/ John G. Hursh*
JOHN G. HURSH